UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LINDSEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH,<br><br>　　　　Respondent.　　　　　　　　／ | No. C 14-002 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court if he ever obtains the necessary order from the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge